**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  07-cv-02123-REB-KLM

FLORINDA REED, on behalf of herself and all others similarly situated,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois
corporation,

     Defendant.

---

### MINUTE ORDER[1]

---

     The matter before the court is **Defendant's Motion To Dismiss** [#19], and
**Defendant's Memorandum Brief in Support of its Motion To Dismiss** [#20], both
filed February 25, 2008.  The motion and brief are **STRICKEN** for failure to comply with
REB Civ. Practice Standard V.B.1.

     Dated:  February 26, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.