**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02123-REB-KLM

FLORINDA REED, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter before the court is defendant's **Unopposed Motion To Submit Corrected Motion To Dismiss Out of Time** [#22], filed February 26, 2008. The motion is **GRANTED**, and **Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) & 12(b)(6) and Memorandum Brief in Support Thereof** [#23], is accepted for filing.

    Dated: February 27, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.