IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02123-REB-KLM

FLORINDA REED, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Stipulated Confidentiality Agreement and Order** [Docket No. 68; Filed August 20, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Stipulated Confidentiality Agreement and Order is accepted for filing and entered as a order of the Court as of today's date.

Dated: August 24, 2009